| | |
|---|---|
| Chad D. Engelby, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>I. C. System, Inc., a Minnesota corporation.<br><br>        Defendant. | **AMENDED SCHEDULING ORDER** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following amended schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1.  Discovery/Non-Dispositive Motions:

    a.  All motions which seek to amend the pleadings or add parties must be filed and served by August 1, 2017.

    b.  All motions which seek to add a claim for punitive damages must be filed on or before November 1, 2017.

    c.  All discovery shall be commenced in time to be completed by May 29, 2018.

    d.  All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

    e.  No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

    f.  No more than 25 Requests for Admission shall be served by any party.

    g.  No more than 25 Document Requests shall be served by any party.

    h.  No more than 1 Rule 35 medical examinations shall be conducted and shall be completed on or before

    i.  No more than 5 non-expert depositions shall be taken by any party.

j.  All nondispositive motions and supporting documents, including those which relate to discovery, shall be filed and served by June 30, 2018. Nondispositive motions may be scheduled for hearing by calling Theresa Anderson, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612- 664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1 and 37.1.

2.  Dispositive Motions:

a.  All dispositive motions (notice of motion, motion, memorandum of law, affidavits and proposed order), shall be served, filed, and HEARD on or before August 8, 2018.

b.  A hearing on any dispositive motions will be heard on August 8, 2018 at 8:30 a.m. before U.S. Judge Patrick J. Schiltz, Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota, 55415. Counsel for the moving party is directed to contact Calendar Clerk Caryn Glover, 612-664-5483 to confirm the hearing date.

c.  All dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1. When a motion, response or reply brief is filed on ECF, two paper courtesy copies (three-hole punched and unstapled, and if warranted, exhibits appropriately tabbed) of the pleading and all supporting documents shall be mailed or delivered to Calendar Clerk Caryn Glover contemporaneously with the documents being posted on ECF.

d.  When scheduling a summary judgment hearing, the parties must notify the Court whether there will be cross-motions for summary judgment so that the Court may enter an appropriate briefing order. The parties should confer about the possibility of cross-motions before contacting chambers to schedule a summary judgment hearing.

3. Trial:

    a. This case shall be ready for trial on and after August 30, 2018, at which time it will be placed on the court's jury trial calendar.

    b. Trial is estimated to last 2 trial days.

DATED:  May 7, 2018

s/Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge